**U.S. Fish and Wildlife Service**
**United States District Court**
**Violation Notice**

CVB Location Code: MN2W

Violation Number: W 0945925
Officer Name (Print): HIRSCHBECK
Officer No.: 6053

W 0945925

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 9/21/2013, 0930 Hrs
Offense Charged: ☑ CFR ☐ USC ☐ State Code
16 USC 668 dd f(2)
50 CF 12 32.2 C

Place of Offense: Wilcox Landing, "Upper Miss" NWR

Offense Description: Wabasha Co, MN
Hunt in violation of Federal Law:
take protected sp.

**DEFENDANT INFORMATION** Phone: 507-773-8007

Last Name: SIKKEMA
First Name: Joshua
M.I.: D.

Tag No.: | State: | Year: | Make/Model: | Color:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150.00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 175.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date (mm/dd/yyyy):
| Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy         FWS Form 3-219, Rev. 7/05

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 21 Sept, 20 13 while exercising my duties as a law enforcement officer in the MN2W District of Minnesota

I was contacted by Wildlife Refuge Manager Mary Stefanski who was conducting waterfowl hunter bag checks at the Wilcox Landing on Robinson Lake. She contacted Mr. JOSHUA D. SIKKEMA and discovered a pied billed grebe in his possession. Mr. SIKKEMA admitted to shooting the bird. The pied billed grebe is a protected migratory bird for which no hunting season has been established.

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/27/2013
Date (mm/dd/yyyy)      Officer's Signature
                       Robert J Hirschbeck

Probable cause has been stated for the issuance of a warrant. #6053

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge